UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LASHAWN L. TURNER-BEY,

       Plaintiff,

   v.

JAMES DZURENDA, et al.,

       Defendants.

Case No.: 2:24-cv-01890-APG-BNW

**ORDER**

(ECF No. 1)

On October 9, 2024, pro se plaintiff Lashawn Turner-Bey, an inmate in the custody of the Nevada Department of Corrections, submitted a complaint under 42 U.S.C. § 1983 and applied to proceed *in forma pauperis*. ECF Nos. 1-1, 1. The application to proceed *in forma pauperis* is deficient because Plaintiff failed to submit his financial certificate and inmate trust fund account statement for the previous six-month period with it.

This Court must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). The fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. LSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

It is therefore ordered that the application to proceed *in forma pauperis* (ECF No. 1) is denied without prejudice.

1    It is further ordered that Plaintiff has **until December 23, 2024**, to either pay the full $405

2    filing fee or file a new fully complete application to proceed *in forma pauperis* with all three

3    required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a

4    completed financial certificate that is signed both by the inmate and the prison or jail official, and

5    (3) a copy of the inmate's trust fund account statement for the previous six-month period.

6    Plaintiff is cautioned that this action will be subject to dismissal without prejudice if he

7    fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the

8    case with the Court, under a new case number, when he can file a complete application to proceed

9    *in forma pauperis* or pay the required filing fee.

10    The Clerk of the Court is directed to send plaintiff Lashawn Turner-Bey the approved form

11    application to proceed *in forma pauperis* for an inmate and instructions for the same, and to retain

12    the complaint (ECF No. 1-1) but not file it at this time.

13    DATED: October 22, 2024

14

15

16    _____
      UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28